ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
RICHARD CHAE (SBN 224610)
rchae@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counterdefendant
PIXION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PIXION, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC., et al.<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 11-00694 SI<br><br>*Consolidated* CASE NO. CV 11-00694 SI<br><br>**WITHDRAWAL OF COUNSEL BY CONSENT** |

Pixion, Inc. hereby gives consent to the withdrawal of Carr & Ferrell, LLP, Robert J. Yorio, Christopher P. Grewe and Richard Chae, as counsel of record for Pixion, Inc. in the above-referenced action.

Dated: March 22, 2012

_____
Pixion, Inc. by
Wendy Kennedy

{00594376v1}

-1-

1
2
3
4   Dated: March 22, 2012                    Agreed and consented to:

                                             /s/ Robert J. Yorio
                                             _____
5                                            CARR & FERRELL LLP by
                                             Robert J. Yorio
6
7
8
9                           
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
{00594376v1}
                                    -2-